[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-14353
Non-Argument Calendar
_____

D.C. Docket No. 1:09-cr-00102-JRH-BKE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REGGIE LJUAN SMITH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(June 3, 2015)

Before ED CARNES, Chief Judge, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Brendan N. Fleming, appointed counsel for Reggie Smith in this direct

criminal appeal, has moved to withdraw from further representation of Smith and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Smith's revocations of supervised release and sentences are **AFFIRMED.**